IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STACY GAINES,

       Plaintiff,

  vs.                    Case No. 12-1332-SAC

NATIONAL CREDIT ADJUSTERS,
et al.,

       Defendants.

## ORDER

       The Court, after being advised that this case had been settled, issued an order on January 23, 2013, requiring that all closing documents be filed by March 11, 2013. Closing documents have not been filed and the Court hereby orders this action be dismissed with prejudice. Either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated within 60 days of the filing of this order.

       IT IS SO ORDERED this 13th day of March, 2013, at Topeka, Kansas.

                                 s/ Sam A. Crow
                                 Sam A. Crow
                                 U.S. District Senior Judge